UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**HENRY BENITEZ**,

              Plaintiff,

      -v-                         **9:15-CV-1179 (GLS/ATB)**

**JAMES P. HEALY, ET AL**,

              Defendants.

_____

**ORDER**

It appearing that a Writ of Habeas Corpus Ad Testificandum should issue to the Superintendent of the **Auburn Correctional Facility**, or his deputies, for the following person who is in their respective custody and charge:

**HENRY BENITEZ, 97-A-2553**, presently housed at **Auburn Correctional Facility**; commanding the Superintendent or his deputies to produce the body of the aforementioned individual, **HENRY BENITEZ, 97-A-2553**, by you imprisoned and detained, and that you transport the inmate directly to the *JAMES T. FOLEY COURTHOUSE, 445 BROADWAY*, ***ALBANY, NY***, to appear before the Honorable Gary L. Sharpe, on the **20th, of August, 2018, at 9:00 A.M.** for the purpose of appearing, participating, and testifying at the trial in the above entitled matter.

**NOW, THEREFORE it is hereby**

**ORDERED,** that a Writ of Habeas Corpus Ad Testificandum issue directing the Superintendent of the **Auburn Correctional Facility** or his deputies to produce the body of said **Henry Benitez, 97-A-2553, <u>dressed in civilian clothes</u>**, by you imprisoned and detained and that you transport him directly to the *JAMES T. FOLEY COURTHOUSE, 445 BROADWAY*, ***ALBANY, NY***, to appear before the Honorable Gary L. Sharpe, on the **20th, of August, 2018, at 9:00 A.M.** in the forenoon to appear,

participate and testify at the trial on this date and any other date needed until the completion of the trial in the above entitled civil action in said Court, and after completion of each day of the trial, **HENRY BENITEZ, 97-A-2553,** be returned to the State facility from whence he came. <u>The prisoner at all times is to remain subject to the confinement imposed upon him by the State of New York.</u>

July 12, 2018
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge